UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                   Case No.     06-CR-20412

v.

                                   HONORABLE DENISE PAGE HOOD

HAE SUN KIM,

       Defendant.
_____/

## ORDER

      This matter is before the Court on Defendant's Motion for Release From Detention With Reasonable Conditions, Pending Sentencing Hearing, filed October 27, 2006. Plaintiff filed a Response on November 16, 2006. On November 28, 2006, Defendant filed a Motion for Extension of Time to File Reply, which is also before the Court, and a Reply Memorandum in Support of Motion.

      For the reasons stated on the record of the November 30, 2006 hearing, Defendant's Motion for Extension of Time to File Reply is GRANTED and Defendant's Motion for Release From Detention With Reasonable Conditions, Pending Sentencing Hearing is DENIED.

Accordingly,

      IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Reply **[Docket No. 34, filed November 28, 2006]** is GRANTED.

      IT IS FURTHER ORDERED that Defendant's Motion for Release From Detention With Reasonable Conditions, Pending Sentencing Hearing **[Docket No. 31, filed October 27, 2006]** is

DENIED.

                                                               s/ DENISE PAGE HOOD
                                                               DENISE PAGE HOOD
                                                                United States District Judge

DATED:  December 1, 2006